HOCKERSON–HALBERSTADT, INC., Plaintiff–Appellant,

v.

COSTCO WHOLESALE CORPORATION, Defendant–Cross Appellant.

Nos. 2006–1263, 2006–1264.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2007.

Before NEWMAN, Circuit Judge, FRIEDMAN, Senior Circuit Judge, and RADER, Circuit Judge.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.